AMANDA LANDON, as Administratrix of the Estate of HERMAN A. LANDON, Deceased, Respondent, *v.* BAKER, SMITH & COMPANY, Appellant.

*Landon* v. *Baker, Smith & Co.*, 132 App. Div. 928, affirmed.
(Argued January 25, 1910; decided February 8, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May

26, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have been occasioned by the negligence of the defendant, his employer.

*Frederick W. Catlin* for appellant.

*Morris Cukor* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Not voting: GRAY, J.